**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| VICTOR SAMUEL LOPEZ TERRON, | ) | |
| | ) | |
| Petitioner, | ) | 3:26-cv-01494-CB |
| | ) | |
| v. | ) | Chief Judge Cathy Bissoon |
| | ) | |
| LEONARD ODDO, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

**MEMORANDUM ORDER**

Petitioner is an immigration detainee at the Moshannon Valley Processing Center in Phillipsburg, Pennsylvania. His alleged entry date into the United States was in or around June 2015. Petitioner was placed into immigration detention on or around July 30, 2026. There is no indication that Petitioner has any criminal convictions.

Petitioner alleges that he is subject to discretionary detention under 8 U.S.C. § 1226(a), not mandatory detention under § 1225(b)(2). Respondents oppose relief, relying on decisions by the Courts of Appeals for the Fifth and Eighth Circuits. The Court has considered and rejected Respondents' interpretation of § 1225(b)(2)(A) and has repeatedly held that mandatory detention applies only to noncitizens apprehended upon entry into the country or shortly thereafter. For the reasons stated in the Court's prior decision in Tejeda Perez v. Oddo, No. 3:26-cv-00745 at Doc. 8 (May 28, 2026), and more recently by the Third Circuit in Buele Morocho v. Warden Philadelphia FDC, No. 26-1150, 2026 WL 2546223 (3d Cir. Aug. 28, 2026), the Court finds Petitioner properly detained under § 1226(a), and is thus owed a bond hearing.

Consistent with the foregoing, the Petition for Writ of Habeas Corpus (Doc. 1) is **GRANTED**, to the extent that it requests a bond hearing in accordance with 8 U.S.C. § 1226(a) and all related provisions of law. Respondents are **ORDERED** to provide Petitioner

with such a hearing, or release him, on or before **October 2, 2026**. The petition is **DENIED** to the extent it requests any additional relief, without prejudice to renewal as appropriate.

IT IS SO ORDERED.

September 2, 2026

s/Cathy Bissoon

Cathy Bissoon
Chief United States District Judge

cc (via First-Class U.S. Mail):

Victor Samuel Lopez Terron
A 222-566-874
Moshannon Valley Processing Center
555 Geo Drive
Philipsburg, PA 16866

cc (via ECF email notification):

All Counsel of Record